## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LEINORA EADY,

      Plaintiff,

v.                                     Case No. 8:17-cv-02175-JSM-JSS

CREDIT ONE BANK, N.A.,

      Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court, thereby concluding this matter in its entirety.


Respectfully submitted,


| **s/Octavio Gomez** | **s/Jocelyn C. Smith** |
|---|---|
| Octavio Gomez, Esquire | Jocelyn C. Smith, Esquire |
| Morgan & Morgan, Tampa,  P.A. | Sessions, Fishman, Nathan & Israel, LLC. |
| One Tampa City Center | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Tele: (813) 223-5505 | Tele: (813) 440-5328 |
| Fax: (813) 223-5402 | Fax: (866) 466-3140 |
| TGomez@ForThePeople.com | jsmith@sessions.legal |
| Florida Bar#: 0338620 | Florida Bar#: 0036554 |
| Attorney for Plaintiff | Attorney for Defendant |