UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEINORA EADY,

    Plaintiff,

v.                                                    Case No: 8:17-cv-2175-JSM-JSS

CREDIT ONE BANK, NATIONAL
ASSOCIATION,

    Defendants.

## ORDER

This case was administratively closed on January 30, 2018, to allow the parties to attend arbitration. On October 18, 2018, the parties filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 17). Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk is directed to reopen this case. This cause is hereby **DISMISSED** with prejudice with the parties to bear their own attorney's fees and costs. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of October, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record